MELINDA HAAG (CABN 132612)
United States Attorney
Northern District of California

MATTHEW A. PARRELLA (NYBN 2040855)
SUSAN KNIGHT (CSBN 209013)
Special Assistant United States Attorneys
    150 Almaden Blvd, Suite 900
    San Jose, CA 95113
    Telephone: (408)35-5061
    Fax: (408) 535-5066

Attorneys for Plaintiff
United States of America

FILED
NOV 19 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Comcast Communications, Inc., 650 Centerton Road, Moorestown, New Jersey, for Comcast accounts: a.g.shepard@comcast.net, and larry_moore_fta@comcast.net | CASE NO. 2:09-SW-201 KJM<br><br>[PROPOSED] ORDER |

For the reasons set forth in the United States' Application, the Court hereby orders that the Affidavit in Support of a Search Warrant, the Application for a Search Warrant, and the accompanying Search Warrant in the above-captioned matter be unsealed.

SO ORDERED.

Dated: 11/19/14

                                          _____
                                          HON. DALE A. DROZD
                                          Chief United States Magistrate Judge